# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**REBECCA BAILEY**                                                                    **PLAINTIFF**

**V.**                               **CASE NO.  3:16-CV-71-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

Pending is the Acting Commissioner of the Social Security Administration's

Motion to Remand.  (Docket entry #21)  For good cause shown, the Commissioner's

motion (#21) is GRANTED.  This case is remanded under sentence four of 42 U.S.C.

§ 405(g), for further administrative action.

DATED this 2nd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE