# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**REBECCA BAILEY**                                                                                    **PLAINTIFF**

**V.**                    **CASE NO.: 3:16-CV-00071 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

Plaintiff Rebecca Bailey has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #24)  She seeks fees and expenses in the amount of $3,181.22.  The Commissioner does not object to an award in that amount. (#27)

Ms. Bailey's motion (#24) is GRANTED.  She is awarded $3,181.22 in fees and expenses, subject to offset, if she has outstanding government debt.

DATED this 19th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE